The Office of Attorney Ethics having filed with the Court a petition pursuant to
 
 Rule
 
 l:20-3(g) (4) and
 
 Rule
 
 1:20-11, seeking the immediate temporary suspension from the practice of law of
 
 Ulysses Isa
 
 of
 
 Union City,
 
 who was admitted to the bar of this State in 2006, and who has been temporarily suspended from the practice of law since May 9, 2018, pursuant to Orders of the Court filed April 12, 2018 and December 7, 2018; and good cause appearing;
 

 It is ORDERED that
 
 Ulysses Isa
 
 is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further
 

 ORDERED that
 
 Ulysses Isa
 
 continue to be restrained and enjoined from practicing law pursuant to the Orders of this Court, and until the further Order of the Court; and it is further
 

 ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by
 
 Ulysses Isa
 
 pursuant to
 
 Rule
 
 1:21-6 shall be restrained from disbursement except on application to this Court for good cause shown, pending the further Order of this Court; and it is further
 

 ORDERED that
 
 Ulysses Isa
 
 continue to comply with
 
 Rule
 
 1:20-20 dealing with suspended attorneys; and it is further
 

 ORDERED that the entire record of this matter be made a permanent part of the respondent's file as an attorney at law of this State.